UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WASHINGTON GROUP | ) | |
| INTERNATIONAL, INC., f/k/a | ) | |
| RAYTHEON ENGINEERS & | ) | |
| CONSTRUCTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:00-CV-401 |
| | ) | (Shirley) |
| FOSTER WHEELER ENVIRONMENTAL | ) | |
| CORPORATION, NATIONAL UNION | ) | |
| FIRE INSURANCE COMPANY OF | ) | |
| PITTSBURGH, PENNSYLVANIA and | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 27].

The parties submitted a proposed Agreed Order Amending Scheduling Order [Doc. 56] to extend certain discovery deadlines. Subsequently, the parties advised the Court that this case

has been settled. Accordingly, the parties' request to amend the Scheduling Order, as set forth in the proposed Agreed Order Amending Scheduling Order [Doc. 56], is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge